898

No. 433. Pennsylvania Railroad Co. v. Purvis. C. A. 3d Cir. Certiorari denied. *H. Francis DeLone* and *Hugh B. Cox* for petitioner. *Ernest Ray White* for respondent. 

No. 354. Brown et al. v. Industrial Accident Commission of California et al. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Morris Lavine, Mort L. Clopton* and *John L. Kearney* for petitioners. *Everett A. Corten* for the Industrial Accident Commission of California, and *Charles C. Collins* for the American Mutual Liability Insurance Co., respondents.

No. 376. Olney v. United States. Court of Claims. Certiorari denied. Mr. Justice Reed and Mr. Justice Jackson are of the opinion certiorari should be granted. Mr. Justice Frankfurter took no part in the consideration or decision of this application. *Charles A. Horsky* and *Amy Ruth Mahin* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States. 

No. 213, Misc. Byers v. United States. C. A. 10th Cir. Certiorari denied.

No. 215, Misc. Griffin v. Washington. Supreme Court of Washington. Certiorari denied.

No. 221, Misc. Collins v. Illinois. Supreme Court of Illinois. Certiorari denied.

No. 222, Misc. Del'Marmol v. Heinze, Warden, et al. Supreme Court of California. Certiorari denied.